**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff,<br>v.<br><br>ACCESS REALTY GROUP, INC., an Illinois corporation, BROADVILLE CONDOMINIUMS, LLC, an Illinois Limited Liability Company, BROADVILLE, LLC, an Illinois Limited Liability Company, WILLIAM J. PLATT, an individual, GRANVILLE CONDOMINIUM ASSOCIATION, an Illinois not-for-profit corporation, BURLING BUILDERS, INC., an Illinois Corporation, HAYLOCK DESIGN, INC., an Illinois Corporation, CAMPBELL & ASSOCIATES CONSULTING ENGINEERS, INC., a Texas Corporation, AMECA U.S.A. CORP. f/k/a MONDA INTERNATIONAL, INC., a dissolved Illinois Corporation, PLATT CONSTRUCTION GROUP, INC. d/b/a PLATT CONSTRUCTION, INC., an Illinois Corporation, THOMAS PLATT, an individual, WEIS BUILDERS, INC. a Minnesota Corporation, JAMESON REAL ESTATE, LLC, an Illinois Limited Liability Company and KOENIG & STREY, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | ) | Case No. 1:17-cv-00849<br>Hon. Elaine E. Bucklo<br>Magistrate Judge Hon. Sidney I. Schenkier<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**VOLUNTARY DISMISSAL OF WEIS BUILDERS, INC**

Plaintiff, Nautilus Insurance Company hereby voluntarily dismisses Defendant Weis Builders, Inc. ("Weis"). Should Weis make any claim against Nautilus or seek damages or payment under the Nautilus policy at issue in this lawsuit, Nautilus reserves all rights to move for leave to reinstate Weis as a defendant. Weis agrees not to oppose any such

motion. This dismissal is without prejudice and without costs or attorney fees to either party.

Respectfully submitted,

COLLINS EINHORN FARRELL, PC

*/s/ Amy L. Felder*

Amy L. Felder (6278459)
Collins Einhorn Farrell, PC
4000 Town Center, Suite 900
Southfield, MI 48075
248-355-4141
amy.felder@ceflawyers.com
*Attorney for Plaintiff Nautilus Insurance Company*

Dated: March 6, 2017

**PROOF OF SERVICE**

The undersigned certifies that the foregoing Voluntary Dismissal of Weis Builders, Inc. was served upon all parties to the above cause to each of the Defendants of record herein at their respective addresses disclosed on the pleadings on March 6, 2017.

*/s/ Sue L. Lustig*

Sue L. Lustig