**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff,<br>v.<br><br>ACCESS REALTY GROUP, INC., an Illinois corporation, BROADVILLE CONDOMINIUMS, LLC, an Illinois Limited Liability Company, BROADVILLE, LLC, an Illinois Limited Liability Company, WILLIAM J. PLATT, an individual, GRANVILLE CONDOMINIUM ASSOCIATION, an Illinois not-for-profit corporation, BURLING BUILDERS, INC., an Illinois Corporation, HAYLOCK DESIGN, INC., an Illinois Corporation, CAMPBELL & ASSOCIATES CONSULTING ENGINEERS, INC., a Texas Corporation, AMECA U.S.A. CORP. f/k/a MONDA INTERNATIONAL, INC., a dissolved Illinois Corporation, PLATT CONSTRUCTION GROUP, INC. d/b/a PLATT CONSTRUCTION, INC., an Illinois Corporation, THOMAS PLATT, an individual, WEIS BUILDERS, INC. a Minnesota Corporation, JAMESON REAL ESTATE, LLC, an Illinois Limited Liability Company and KOENIG & STREY, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | ) | Case No. 1:17-cv-00849<br>Hon. Elaine E. Bucklo<br>Magistrate Judge Hon. Sidney I. Schenkier<br><br>**NOTICE OF DISMISSAL** |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nautilus Insurance Company ("Nautilus") hereby notifies this Court and all parties of record that the claims in the Complaint filed by Nautilus in this action are hereby dismissed, with prejudice.

Respectfully submitted,

COLLINS EINHORN FARRELL, PC

*/s/ Amy L. Felder*

Amy L. Felder (6278459)
Collins Einhorn Farrell, PC
4000 Town Center, Suite 900
Southfield, MI 48075
248-355-4141
amy.felder@ceflawyers.com
*Attorney for Plaintiff Nautilus Insurance Company*

Dated: August 15, 2017

**PROOF OF SERVICE**

The undersigned certifies that the foregoing Notice of Dismissal was served upon all parties to the above cause to each of the Defendants of record herein at their respective addresses disclosed on the pleadings on August 15, 2017.

*/s/ Sue L. Lustig*
Sue L. Lustig